SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

SEP 0 3 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:20-cr-00480 MTS/SPM |
| CARMEISHA J. HARRIS, | ) ) ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

(Theft of Government Money)

Beginning on or about August 8, 2019, and continuing until on or about March 3, 2020, in the Eastern District of Missouri, the defendant,

**CARMEISHA J. HARRIS,**

did knowingly and willfully embezzle, steal, purloin, and convert to her own use a sum in excess of $1,000 in the form of United States Postal Money Orders to which the defendant was not entitled, such funds being the property of the United States.

All in violation of Title 18, United States Code, Sections 641.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


LINDA LANE, # 0011451IA
Assistant United States Attorney